D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------X

*Crystal Persaud*

v.

*Walmart Stores, Inc.*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 01 2014 ★

LONG ISLAND OFFICE

Case No. 13-CV-3757 (ADS)

----------------------------------------------------X

**AGREED ORDER OF DISMISSAL** WITHOUT PREJUDICE.

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

~~1.  The parties shall comply with the terms of their settlement agreement entered into on~~ — Do

~~2.  By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through~~ — Do

3.  Except as provided for in paragraphs 1 and 2 above, this case is dismissed without prejudice./ Each party shall bear its own attorney's fees and costs.

CASE CLOSED.

ENTER:

Dated: ___2/1/14___

/s/ Arthur D. Spatt
_____
United States District Judge, ARTHUR D. SPATT

**AGREED TO:**
Attorney for Plaintiff(s):

**AGREED TO:**
Attorney for Defendant(s):

to reinstatement if the settlement is not consummated.

X _____
STEVEN MOSER, FOR PLAINTIFF

_____
Donald Livingston, Defendants